THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUCILLE MAE MORSE,<br><br>Defendant. | CR-05-109-BLG-BMM<br><br>**ORDER** |

Lucille Mae Morse ("Morse") has moved for early termination of her current term of supervised release. (Doc. 105.) The Government does not oppose Morse's motion. (Doc. 110.) The Court conducted a hearing on this motion on September 1, 2022. For the reasons below, the Court grants Morse's Motion for Early Termination of Supervised Release.

Morse was convicted, following a jury trial in 2006, of several counts of distribution of heroin and methamphetamine and possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(a)(1). (Doc. 64); (Doc. 72.) The Court sentenced Morse to 240 months' imprisonment, followed by ten years of supervised release. (*Id.* at 2-4) Morse's sentence was commuted by Executive Clemency in August 2016. (Doc. 104) Morse then began her term of supervised release in November 2017. (Doc. 105 at 2.)

Federal law authorizes a defendant to move for termination of her supervised release after successfully completing one year's supervision, so long as the Court is satisfied that termination remains "warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3583(e). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The factors in 18 U.S.C. § 3553(a) support an early termination of Morse's supervised release. Morse has completed nearly half of her ten-year term of supervision, and the record does not reflect any violations of her conditions of release during this time.  (Doc. 53 at 2, 4.) Morse attests that she has complete 500 hours of drug abuse therapy and has successfully maintained employment for the last four years. (Doc. 105 at 2.) These successes, among others, demonstrate that termination of supervision is warranted.

Accordingly, **IT IS HEREBY ORDERED** that Morse's Motion for Early Termination of Supervised Release (Doc. 105) is **GRANTED**.

DATED this 1st day of September, 2022.

_____
Brian Morris, Chief District Judge
United States District Court